IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| SHANE ROBERTS, | ) | CV 20-00484 HG-KJM |
| Plaintiff, | ) | |
| vs. | ) | |
| SSI, | ) | |
| Defendant. | ) | |

**ORDER ADOPTING MAGISTRATE JUDGE'S AMENDED FINDINGS AND RECOMMENDATION, AS MODIFIED, TO (1) DISMISS PLAINTIFF'S COMPLAINT; AND (2) DENY PLAINTIFF'S APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS (ECF NO. 9)**

Findings and Recommendation having been filed and served on all parties on February 4, 2021, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the AMENDED FINDINGS AND RECOMMENDATION TO DISMISS THE COMPLAINT AND DENY PLAINTIFF'S APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PAYING FEES OR COSTS (ECF No. 15) are adopted as the opinion and order of this Court with the following MODIFICATION:

//

//

//

//

//

On Page 4, for the citation as to the sentence beginning with "Pursuant to section 405(g)," replace the citation "ECF No. at 3" with "ECF No. 1 at 3."

IT IS SO ORDERED.

Dated: March 2, 2021, Honolulu, Hawaii.

Helen Gillmor
Senior United States District Judge

Shane Roberts v. SSI, 20-cv-00484, **Order Adopting Magistrate Judge's Amended Findings and Recommendation, As Modified, to (1) Dismiss Plaintiff's Complaint; and (2) Deny Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (ECF No. 9)**